## S. PERRY v. THE STATE.

PROOF OF VENUE. — A new trial should have been granted in the court below when the evidence failed to show in what county the offence was committed, and on appeal this defect in the proof is fatal to the conviction.

APPEAL from the County Court of Henderson. Tried below before the Hon. W. L. FAULK, County Judge.

See *ante*, p. 371, for an important ruling on practice made in this case on a motion to reinstate it after an affirmance on certificate, which is held not now to be allowable.

*Robertson & Finley*, for the appellant.

*Thomas Ball*, Assistant Attorney-General, for the State.

HURT, J.   The defendant was convicted for wantonly killing hogs.   The information is good.   The charge of the court was a correct application of the law to the facts of the case, and very liberal to the defendant.   The charge asked by the defendant was properly refused.

The defendant asked for a new trial upon the ground that the verdict of the jury was not supported by the evidence. In all respects but one, we think the verdict was supported by the evidence.   There is not a particle of evidence tending to show where the offence was committed.   Upon this ground the new trial should have been granted.   The judgment is therefore reversed and the cause remanded.

*Reversed and remanded.*